IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EMMANUEL ORTEZA,

        Plaintiff,

  v.

ROBYN MONDY,

        Defendant.
_____/

No. C 09-02008 SI

**PRETRIAL PREPARATION ORDER**

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 18, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 15, 2010</u>.

DESIGNATION OF EXPERTS: <u>1/25/10</u>; REBUTTAL: <u>2/12/10</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>April 16, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 12, 2010</u>;

      Opp. Due <u>March 26, 2010</u>;  Reply Due <u>April 2, 2010</u>;

      and set for hearing no later than <u>April 16, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 18, 2010</u> at <u>3:30 PM</u>.

JURY  TRIAL DATE: <u>June 1, 2010</u> at <u>8:30 AM</u>.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be removed from the Court's mediation program.
The parties shall participate in private mediation by the end of November 2009.
Counsel shall inform the Court of the name of the mediator.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____     _____
                              SUSAN ILLSTON
                              United States District Judge