1  RONALD J. KLEPETAR, Bar No. 52535
   NANCY INESTA, Bar No. 231709
2  BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, California 90025-7120
   Telephone:    310.820.8800
4  Facsimile:    310.820.8859
   Email: rklepetar@bakerlaw.com
5         ninesta@bakerlaw.com

6  Attorneys for Defendants
   AMERICAN RED CROSS BLOOD SERVICES
7  NORTHERN CALIFORNIA REGION, ROBYN MONDY
   and DORIS VELASQUEZ
8
   CAESAR S. NATIVIDAD, ESQ.
9  THE NATIVIDAD LAW FIRM
   1316 Indian Well Drive
10 Diamond Bar, California 91765
   Telephone:    (909) 217-3264
11 Facsimile:    (909) 954-9927

12 Attorneys for Plaintiff
   EMMANUEL ORTEZA
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 EMMANUEL ORTEZA,                          Case No. C 09-02008 SI

18                Plaintiffs,                [Hon. Susan Illston, Courtroom 10]

19        v.                                 [PROPOSED] ORDER GRANTING
                                             STIPULATION FOR DISMISSAL
20 ROBYN MONDY, an individual, DORIS
   VELASQUEZ, an individual, AMERICAN        [Filed concurrently with Stipulation for
21 RED CROSS, organization type unknown,     Dismissal]
   and DOES 1 through 50,
22                                           Action Removed: May 7, 2009
                  Defendants.                Trial Date: June 1, 2010
23

24

25

26

27

28

077975, 000082, 502588120.1                  [PROPOSED] ORDER GRANTING STIPULATION FOR
                                                                              DISMISSAL

1    Based upon the concurrently filed Stipulation for Dismissal, and finding good cause
2    therefore, it is hereby ORDERED that:
3    The Stipulation for Dismissal is GRANTED, with prejudice, as to all causes of action for
4    the following individuals:
5        1.    ROBYN MONDY; and
6        2.    DORIS VELASQUEZ



8    Dated: October __, 2009
9        THE HONORABLE SUSAN ILLSTON

077975, 000082, 502588120.1     - 2 -     [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL